STATE OF NEBRASKA, APPELLEE, V. FREDDIE MINOR,
APPELLANT.
195 N. W. 2d 158

Filed April 14, 1972. No. 38204.

See *ante* p. 23, 195 N. W. 2d 155, for original opinion.

J. William Gallup of Schrempp & Bruckner, for appellant.

Clarence A. H. Meyer, Attorney General, and Betsy G. Berger, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

BOSLAUGH, J., dissenting.

I concur in the order overruling the defendant's motion for rehearing, but the sentence should be reduced to imprisonment for not less than 1 year nor more than 2 years in accordance with the rule announced in State v. Roberts, *ante* p. 209, 196 N. W. 2d 118, decided March 24, 1972. See § 28-4,125 (3), R. S. Supp., 1971.

McCOWN, J., joins in this dissent.